# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

RAFAYEL MOVSESYAN,

　　　　　Petitioner,

　　　　v.

PAM BONDI, et al.,

　　　　　Respondents.

Case No. 5:26-cv-00875-MBK

JUDGMENT

Pursuant to the Court's Order Granting Petition for Habeas Corpus, IT IS ADJUDGED that the petition is GRANTED.

DATE: ___03/09/2026___   _____

HON. MICHAEL B. KAUFMAN
U.S. MAGISTRATE JUDGE